IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MATTHEW L. PROVINCE, | ) | |
| Register No. 1075533, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4295-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 19 and 26, 2005, plaintiff filed motions to dismiss his claims voluntarily. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice [4, 5]. It is further

ORDERED that plaintiff is relieved from paying the filing fee of $250.00.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 26, 2005
Jefferson City, Missouri